

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00425-CV

Durst **CAGE,**
Appellant

v.

Carla **CAGE,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI19243
Honorable Larry Noll, Judge Presiding

# O R D E R

The filing fee of $205.00, which was due from appellant Durst Cage when this appeal was filed, has not been paid. The clerk of the court notified appellant of this deficiency in a letter dated October 4, 2021, and stated the fee must be remitted no later than October 14, 2021. On November 2, 2021, the clerk sent a second notice of deficiencies. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing— whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5. Appellant has also not filed a docketing statement or certified service of the notice of appeal on each court reporter, although the clerk also notified appellant of these deficiencies and required corrective action by October 14, 2021.

We therefore ORDER appellant, **no later than November 29, 2021**, to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Lori I. Valenzuela, Justice


     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court